**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| MAHAN MOHAMMADI MOTAHARI and MOZHAN MOHAMMADI MOTAHARI,<br><br>Petitioners,<br><br>v.<br><br>VERNON LIGGINS, *Acting Field Office Director, Baltimore Field Office, Immigration and Customs Enforcement*, TODD L. LYONS, *Acting Director, Immigration and Customs Enforcement*, and MARKWAYNE MULLIN, *Secretary of Homeland Security*,<br><br>Respondents. | Civil Action No. 26-1572-TDC |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Petitioners' Motion to Expedite, ECF No. 11, is DENIED.
2. The Petition for a Writ of Habeas Corpus, ECF No. 1, is GRANTED.
3. Respondents shall unenroll Petitioner Mahan Mohammadi Motahari from the Alternatives to Detention Program within **three days** of the date of this Order.
4. Respondents shall unenroll Petitioner Mozhan Mohammadi Motahari from the Intensive Supervision Appearance Program within **three days** of the date of this Order.
5. Respondents shall remove any and all GPS monitoring devices from Petitioners' bodies or phones within **three days** of the date of this Order.

6. Respondents shall not impose any further conditions of release upon Petitioners, and shall not re-arrest Petitioners, without first securing authorization for any such action from an immigration judge.

7. Within **seven days** of the date of this Order, the parties shall file a Joint Status Report to confirm Respondents' compliance with this Order and to inform the Court whether this case may be closed, subject to the Court's retention of jurisdiction to enforce this and other Orders entered in this case.

Date: September 9, 2026

THEODORE D. CHUANG
United States District Judge